# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **SANTIAGO MENDOZA EDMUNDO,**<br><br>***Petitioner*****,**<br><br>**v.**<br><br>**CLERK OF COURTS; JUAN LOPEZ, ICE DIRECTOR; AND FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),**<br><br>***Respondents*****.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-02520-LS** |

## ORDER DISMISSING CASE

Petitioner Santiago Mendoza Edmundo seeks a writ of habeas corpus under 28 U.S.C. § 2241,[1] but this Court has already considered and denied Petitioner's claims.[2] "[A] petitioner can abuse the writ by raising a claim in a subsequent petition that he could have raised in his first,"[3] or by "rais[ing] the same claim a second time,"[4] and a district court may raise abuse of the writ *sua sponte*.[5] The district court should then "dismiss any claims raised in [a petitioner's] second petition that he raised in his first as well."[6] For any new claims that could have been raised in the first petition, the petitioner must "show that a fundamental miscarriage of justice would result from a failure to entertain the claim."[7] Petitioner raises the same claims as contained

---

[1] ECF No. 2. Petitioner also filed a motion for recusal in this case but the motion lacks sufficient legal basis. *See* ECF No. 3.
[2] *See Mendoza v. Bondi et al.*, No. 3:26-cv-00940-LS (W.D. Tex. Apr. 6, 2026).
[3] *McCleskey v. Zant*, 499 U.S. 467, 489 (1991).
[4] *Beras v. Johnson*, 978 F.3d 246, 252 (5th Cir. 2020).
[5] *See United States v. Flores*, 981 F.2d 231, 236 (5th Cir. 1993).
[6] *In re Aldama Aleman*, No. 26-50451, 2026 WL 2192789, at *1 (5th Cir. July 29, 2026) (citing *Beras v. Johnson*, 978 F.3d at 252).
[7] *Id.* (quoting *McCleskey*, 499 U.S. at 494–95).

in his first petition.[8] The Court therefore **DISMISSES** this action with prejudice for abuse of the writ. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[8] *See Mendoza v. Bondi et al.*, No. 3:26-cv-00940-LS (W.D. Tex. Apr. 6, 2026), ECF No. 2.